UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

-vs-

MICHAEL CHARLES WARD,

    Defendant-Movant.

B-02-183

CASE NO. CR-70-_____?

HONORABLE: _____

United States District Court
Southern District of Texas
FILED

SEP 23 2002

Michael N. Milby
Clerk of Court

### MOTION TO WAIVE/SUSPEND FILING FEE
### and
### FOR APPOINTMENT OF COUNSEL

NOW COMES Defendant-Movant, MICHAEL CHARLES WARD, pro se, and moves this Court for an Order waiving or suspending the filing fee, in the event such fee may otherwise be required. His motion is premised upon the following:

1. He desires to file and have decided on its merits, a post-conviction motion seeking to set aside his conviction; and/or obtain an order expunging his conviction/arrest record. He believes his motion to be with merit.

2. As demonstrated by the hereto attached "Affidavit", and "Certificate of Prisoner Account Activity," Defendant has no money, no source of money, no assets, and no prison job - - he is unable to pay any fee's in this case, due to his impoverished financial condition.

3. Defendant has no money with which to hire legal counsel, and does request the Court appoint counsel.

WHEREFORE, for the foregoing and upon the attached, it is respectfully requested this Court enter an order waiving or suspending the filing fee, or any other fees that may otherwise required during this action, be it motion, or other.

Date: 9/13/02

Respectfully submitted,

_____
Michael Ward #128267
Ojibway Corr Fac
P.O. Box 236
Marenisco, MI 49947

[Inst Phone: 906-787-2217]

Defendant-Movant/Pro se

## AFFIDAVIT OF FINANCIAL CONDITION (INDIGENCY/POVERTY)

I, MICHAEL WARD, having been duly sworn, depose and say that I am the Defendant-Movant in this post-conviction action, and in support of my hereto attached motion to waive/suspend the filing fee, state that because of my poverty, I am unable to prepay or pay the filing fee, or any portion thereof, or to give security therefor. Further, I believe I am entitled to redress.

I further state that the responses which I have made herein below, are true:

1. Are you presently employed?
    Answer: NO - last date of employment: 3/20/79
            approx. salary/month:    $600.00

2. Have you received within the past twelve months any money from a business, profession, or form of self-employment; rent payments, interest, or dividends, pensions, annuities, or life insurance payments gifts or inheritances, or other source?
    Answer: NO

3. Do you own any cash or do you have any money in a checking or saving account?
    Answer: NO

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings)?
    Answer: NO

5. List the persons who are dependent upon you for support; state your relationship to those persons, and indicate how much you contribute toward their support.
    Answer: NO DEPENDENTS

6. I am presently incarcerated under a state sentence in the State of Michigan, and have no prison job or source of income.

Subscribed & Sworn to before me
this 14th day of August, 2002

_____
MARY A. MAJURIN
NOTARY PUBLIC ONTONAGON CO., MI
ACTING IN GOGEBIC CO., MI
MY COMMISSION EXPIRES JUL. 31, 2005

_____
Michael Ward #128267
Ojibway Corr Fac
P.O. Box 236
Marenisco, MI 49947

Defendant-Movant/Pro se
Affiant