3

10/14/02

Re: USA v Michael C Ward, #B-02-183
(Post Conviction Motion)
Filed 9/23/02

United States District Court
Southern District of Texas
FILED

OCT 18 2002

Michael N. Milby
Clerk of Court

Dear Clerk:

### NOTICE - CHANGE OF ADDRESS

Please note my new address and institution phone # below. Delete all prior addresses from your files, to ensure a timely mailing. If since 10/7/02, the Judge(s) has issued any orders/opinion, or if there have been any other mailings from the Clerk's office to my prior Box 236, Marenisco, MI address, please send me another copy of same to current address below.

Thank you for your time and assistance. If you have any concerns or questions, let me know.

Sincerely yours,

_[signature]_
Michael Ward #128267
Lakeland Corr Fac
141 First St.
Coldwater, MI 49036
(Inst. Phone: 517-278-6942)

MAIL

United States District Court
Southern District of Texas
RECEIVED

OCT 18 2002

Michael N. Milby, Clerk of Court