IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

NOV 2 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MICHAEL C. WARD, <br> Petitioner, <br><br> VS. <br><br> UNITED STATES OF AMERICA, <br> Respondent. | § <br> § <br> § <br> §    CIVIL ACTION NO. B-02-183 <br> § <br> § <br> § |

## ORDER

Pending before the court is pro se Petitioner, Michael C. Ward ("Ward") Application to Proceed in Forma Pauperis and Request for Court Appointment of Counsel (Docket No.2).

**IT IS ORDERED** that Ward's Application to Proceed in Forma Pauperis be **GRANTED**, and the Request for Appointment of Counsel be **DENIED**.

Done at Brownsville, Texas, this 26th day of November, 2002.

John Wm. Black
United States Magistrate Judge